UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS FULLER, et. al.,

               Plaintiffs,

    v.

PIERCE COUNTY CONSERVATION
DISTRICT, et al.,

               Defendants.

CASE NO. C26-5227 BHS

ORDER

THIS MATTER is before the Court on pro se plaintiff Thomas Fuller's motion for permission to file electronically and for exemption of PACER fees. Dkt. 26. The Court denied Fuller's application to proceed *in forma pauperis* and dismissed this case without prejudice on March 26. Dkt. 21. It denied Fuller's motion to alter judgment, Dkt, 23, on May 5. Dkt. 24.

Fuller apparently intends to appeal the dismissal. Dkt. 26 at 2. He asks the Court to permit him to file a notice of appeal and perhaps other documents electronically, and to waive any fees associated with his use of PACER to access the court's cm/ecf system. Dkt. 26.

ORDER - 1

Electronic access or "e-filer" status applies when a litigant has paid the filing fee or obtained *in forma pauperis* status. *See* https://www.wawd.uscourts.gov/sites/wawd/files/External_User_Registration_Manual_prose.pdf

One who has such access would not need to pay or obtain a PACER fee waiver to access the electronic docket in his own case. Fuller has not paid the filing fee and has not obtained *in forma pauperis* status. The Court will not waive such fees, or order Fuller to have e-filing or e-service in this closed case. The motion is **DENIED**.

The case remains closed.

IT IS SO ORDERED.

Dated this 2nd day of June, 2026.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2